FILED
JUL 2 2 2021

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:21-CR-93-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **CRIMINAL** |
| | ) | **INFORMATION** |
| ROYDERA HACKWORTH | ) | |

The United States Attorney charges that:

On or about December 15, 2016, in the Eastern District of North Carolina and elsewhere, the defendant, ROYDERA HACKWORTH, did knowingly present and make under oath, and did knowingly subscribe as true under penalty of perjury under Title 28, United States Code, Section 1746, a false statement with respect to a material fact in an Application for Naturalization (Form N-400) and a Notice of Entry of Appearance as Attorney or Accredited Representative (Form G-28), required by the immigration laws and regulations prescribed thereunder, relating to naturalization, appearances and representation before the Department of Homeland Security, that is, Title 8, United States Code, Section 1427, and Title 8, Code of Federal Regulations, Sections 103.2 and 292, in that:

   a. On Part 15, Box 1, of the Form N-400, in response to "Preparer's Full Name" she stated "Omowumni Williams Odedere" when in fact, as she then knew, her real name was and is ROYDERA HACKWORTH.

   b. On Part 15, Box 7, of the Form N-400, in response to "Preparer's Statement" she stated "I am an attorney or accredited representative whose representation extends beyond preparation of this application" when in

1

fact, as she then knew, her license to practice law had been suspended and she was not an accredited representative.

c. On Part 15, Box 8, of the Form N-400, in response to "Preparer's Signature" she signed "Omowumni Odedere" when in fact, as she then knew, her real name was and is ROYDERA HACKWORTH.

d. On Part 1, of the Form G-28, in response to "Name and Address of Attorney or Accredited Representative" she stated "Omowumni Williams Odedere" when in fact, as she then knew, her real name was and is ROYDERA HACKWORTH.

e. On Part 5, of the Form G-28, in response to "I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct" she signed "Omowumni Odedere" when in fact, as she then knew, her real name was and is ROYDERA HACKWORTH.

All in violation of Title 18, United States Code, Section 1546(a).


G. NORMAN ACKER III
Acting United States Attorney


*[signature: Sebastian Kielmanovich]*

BY: SEBASTIAN KIELMANOVICH
Assistant United States Attorney

2